1  CYRUS ZAL, SBN:102415
CYRUS ZAL, A PROFESSIONAL CORPORATION
2  102 Mainsail Court
Folsom, CA  95630
3  (916) 985-3576
(916) 985-4893 (FAX)
4

5  Attorney for Plaintiffs ANSON BATTERSHELL and MARCIA BATTERSHELL

6

7                         UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  ANSON BATTERSHELL and            )   **CASE NO:**
MARCIA BATTERSHELL,              )   **2:09-CV-02533-GEB-GGH**
11                                   )
                                     )
12        Plaintiffs,                )
                                     )
13                                   )   **STIPULATION OF THE PARTIES**
                                     )   **TO CONTINUE THE HEARING**
14  vs.                              )   **DATE ON DEFENDANTS' MOTION**
                                     )   **TO DISMISS AND ORDER**
15                                   )   **THEREON**
                                     )
16                                   )
SACRAMENTO MUNICIPAL             )
17  UTILITY DISTRICT; CLIFTON        )
LEWIS; JOHN DiSTASIO; EDNAN      )   Date:        February 8, 2010
18  HAMZAWI; MICHAEL WIRSCH;         )   Time:        9:00 a.m.
and ARLEN ORCHARD,               )   Courtroom:   10
19                                   )
                                     )
20        Defendants.                )

21

22        Plaintiffs   ANSON   BATTERSHELL   and   MARCIA   BATTERSHELL   and

23  defendants SACRAMENTO MUNICIPAL UTILITY DISTRICT; CLIFTON LEWIS; JOHN

24  DiSTASIO; EDNAN HAMZAWI; MICHAEL WIRSCH; and ARLEN ORCHARD, through

25  their respective undersigned counsel, hereby stipulate that the hearing date on

1

1  defendants' motion to dismiss be continued from February 8, 2010 to February 22,

2  2010.

3      IT IS SO STIPULATED.

4      [All the undersigned counsel have authorized their electronic signatures to be

5  affixed to this stipulation.]

6                                          Cyrus Zal,  A Professional Corporation

7  Date:  January 21, 2010              By:  ____/s/ Cyrus Zal_____

8                                          Cyrus Zal, Attorney for Plaintiffs
                                           ANSON BATTERSHELL and
9                                          MARCIA BATTERSHELL

10

11

12                                         Porter Scott, A Professional Corporation

13  Date:  January 21, 2010             By:  _____/s/ David P.E. Burkett_____
                                           David P.E. Burkett, Attorneys for
14                                         Defendants SACRAMENTO
                                           MUNICIPAL UTILITY DISTRICT;
15                                         CLIFTON LEWIS; JOHN DiSTASIO;
                                           EDNAN HAMZAWI; MICHAEL
16                                         WIRSCH;  AND ARLEN ORCHARD

17

18                                **ORDER**

19      Pursuant to the Stipulation of the parties, the hearing date on

20  defendants' motion to dismiss is hereby continued from February 8, 2010 to February

21  22, 2010 at 9:00 a.m. in Courtroom 10.

22      IT IS SO ORDERED.

23

24

25  Dated: 1/21/10      _____
                        GARLAND E. BURRELL, JR.
                        United States District Judge

2