**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
David P.E. Burkett, SBN 241896
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
nsheehan@porterscott.com
dburkett@porterscott.com
**Attorneys for Defendants:** SACRAMENTO MUNICIPAL UTILITY DISTRICT, CLIFTON LEWIS, JOHN DISTASIO, EDNAN HAMZAWI, MICHAEL WIRSCH and ARLEN ORCHARD

Cyrus Zal, SBN 102415
**CYRUS ZAL, A PROFESSIONAL CORPORATION**
102 Mainsail Court
Folsom, CA 95630
(916) 985-3576
FAX: (916) 985-4893
czal47@comcast.net
**Attorney for Plaintiffs:** ANSON BATTERSHELL and MARICA BATTERSHELL

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSON BATTERSHELL and MARCIA BATTERSHELL,<br><br>Plaintiffs,<br><br>vs.<br><br>SACRAMENTO MUNICIPAL UTILITY DISTRICT, CLIFTON LEWIS, JOHN DISTASIO, EDNAN HAMZAWI, MICHAEL WIRSCH and ARLEN ORCHARD, and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. 2:09-CV-02533 GEB-GGH<br><br>**STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME FOR DEFENDANTS TO FILE A MOTION FOR AWARD OF ATTORNEYS' FEES AND BILL OF COSTS** |

The parties, by and through their counsel of record, respectfully request that the Court extend the time for Defendants to file a Motion for Award of Attorneys' Fees and Bill of Costs from May 18, 2010 to May 25, 2010.  Good cause exists for this stipulation because the parties are discussing

1
**STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME FOR DEFENDANTS TO FILE A MOTION FOR AWARD OF ATTORNEYS' FEES AND BILL OF COSTS**
{00743277.DOC}

negotiated resolution of this matter that would make the filing of said Motion and Bill of Costs unnecessary. Therefore, the parties respectfully request the Court issue an order extending the time for Defendants to file a Motion for Award of Attorneys' Fees and Bill of Costs from May 18, 2010 to May 25, 2010.

Dated:  May 14, 2010

PORTER SCOTT
A PROFESSIONAL CORPORATION


By      /s/ David P.E. Burkett
    Nancy J. Sheehan
    David P.E. Burkett
    Attorneys for Defendants


Dated:  May 14, 2010

CYRUS ZAL
A PROFESSIONAL CORPORATION


By /s/ Cyrus Zal (as authorized on 5-14-2010)
    Cyrus Zal
    Attorney for Plaintiffs

**IT IS SO ORDERED**:

Dated: 5/18/10

GARLAND E. BURRELL, JR.
United States District Judge

**STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME FOR DEFENDANTS TO FILE A MOTION FOR AWARD OF ATTORNEYS' FEES AND BILL OF COSTS**

{00743277.DOC}